**DISTRICT OF OREGON**
**F I L E D**
**October 26, 2010**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) Case No.   10-34113-rld13  |
| Ronald Gene Mellott | ) |
| Donna Jean Mellott | ) |
| | )   ORDER VALUING PROPERTY PURSUANT |
| | )   TO 11 U.S.C. §506 AND AVOIDING WHOLLY |
| Debtor(s) | )   UNSECURED LIEN IN A CHAPTER 13 CASE |

THIS MATTER came before the Court on debtor's *Motion to Value Property Pursuant to 11 U.S.C. §506 and Avoid Wholly Unsecured Lien in a Chapter 13 Case* and on the Stipulation of the Debtors and Creditor, Filed on 07/13/10.

The Court having reviewed the records and files herein, and having determined that no timely response has been filed to debtor's motion,

IT IS HEREBY ORDERED that the lien of The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company NA as Successor to JP Morgan Chase Bank NA As Trustee for RFMSII 2006HI1, recorded in Clackamas    County, State of   Oregon    on   08/31/2005   , as Reference No./Book No./Reel No./Other Identifying Reference       2005-085103                                                      , against debtor's real property located at 971 Josephine Street Oregon City Oregon 97045   , a legal description of which is (attach exhibit if necessary) Lot 10, Block 2, Arista Heights, In the City of Oregon City, County of Clackamas and State of Oregon, is wholly unsecured, is avoided, and is no longer a lien against the real property referenced herein.

IT IS FURTHER ORDERED that if this case is dismissed or converted to one under Chapter 7, the lien avoided by this order shall be reinstated.

###

PRESENTED BY:
/s/Tony Kullen #090218 for George Hoselton___
Debtor/Debtor's Attorney
Name: ___George Hoselton_____
OSB#: _____#75178_____
cc: Debtor; Debtor's Attorney; Trustee; Lienholder (Insert address if not ECF Participant):  The Bank of New York Mellon Trust Company, National Association, Troy Kilpatrick, President, 700 South Flower Street Suite 200 Los Angeles, CA 90017

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: diana              Page 1 of 1                  Date Rcvd: Oct 26, 2010
Case: 10-34113                Form ID: pdf018          Total Noticed: 2

The following entities were noticed by first class mail on Oct 28, 2010.
db/jdb       +Ronald Gene Mellott,   Donna Jean Mellott,   971 Josephine St,   Oregon City, OR 97045-3403
             +The Bank of New York Mellon Trust Co,   Natl Association,   Troy Kilpatrick Pres,
               700 South Flower St #200,   Los Angeles, CA 90017-4104
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2010**          **Signature:** *Joseph Speetjens*